TOWN OF WINDSOR *v.* GEORGE R. MACRI ET AL.

The defendants' petition for certification for appeal from the Appellate Court is denied.

*George R. Macri,* pro se, and *Julia S. Macri,* pro se, in support of the petition.

*John A. Wall,* in opposition.

Decided April 29, 1986